SAIDE SHABA, ET AL. v. WALTER HEIMRICH, ET AL. AND CRYSTAL CLEAR POOLS CO.

February 21, 1989.

Petition for certification denied.